NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

_____
                                              :
ECKO COMPLEX, LLC d/b/a ECKO                  :
UNLIMITED,                                    :
                                              :
          Plaintiff,                          :      Civil Action No. 09-6472 (SDW)
                                              :
     v.                                       :
                                              :      **ORDER**
MIRACLE LOGISTICS, INC.,                      :
                                              :
          Defendant.                          :      February 16, 2011
                                              :
_____:

ORDER ADOPTING THE REPORT AND RECOMMENDATION
OF THE MAGISTRATE JUDGE

This matter comes before the Court on the Report and Recommendation ("R&R") of United States Magistrate Judge Madeline Cox Arleo ("Magistrate Judge Arleo"), filed on January 18, 2011. In the R&R, Magistrate Judge Arleo incorporates the reasons set forth on the record in the January 18, 2011 oral argument before her Honor. No objections have been filed to the R&R.

The Court has reviewed the R&R and the other documents on file in this matter. Based on the foregoing, and for good cause shown,

It is hereby **ORDERED** that the R&R of Magistrate Judge Arleo, filed January 18, 2011, incorporating the reasons set forth on the record on January 18, 2011, is **ADOPTED** as the conclusions of law of this Court.

Defendant Miracle Logistics, Inc.'s ("Defendant") motion to dismiss based on improper

venue is **DENIED**; and it is

**ORDERED** that pursuant to 28 U.S.C. § 1406(a), this action be transferred to the United States District Court for the Southern District of Florida; and it is further

**ORDERED** that Defendant's motion to dismissed based on a "shotgun" pleading and motion to dismiss the negligence claim (Count II) of the amended complaint, be **DISMISSED WITHOUT PREJUDICE** and that Defendant be allowed to re-file these two motions with the transferee court in the Southern District of Florida.

**SO ORDERED.**

s/Susan D. Wigenton, U.S.D.J.

Orig:  Clerk
cc:    Judge Arleo
       Parties